```
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
                  FORT PIERCE DIVISION
       CASE NO. 02-14005-CR-MIDDLEBROOKS(GRAHAM)
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

AGUSTIN ANCELMO,

        Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE**

**THIS CAUSE** came before the Court upon the Petition for Violation of Supervised Release filed on March 20, 2009.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, and a Evidentiary Hearing was held on April 11, 2013. A Report and Recommendation on Defendant's admissions to the violations set forth in the Petition for Violation of Supervised Release was filed on April 11, 2013. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a _de novo_ review of the entire file, Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of May, 2013.

```
                              _____
                              DONALD L. GRAHAM
                              UNITED STATES DISTRICT JUDGE




Copied: Magistrate Judge Frank J. Lynch
        Russell Killinger, AUSA
        Panayotta Augustin-Birch, AFPD
        Dan Osking, USPO
```